ORIGINAL

FILED

02/05/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0097

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 25-0097

_____

STATE OF MONTANA,

　　Plaintiff and Appellee,

v.

VAUGHN D. JAMES,

　　Defendant and Appellant.[1]

_____

O R D E R

FILED

FEB 05 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Vaughn D. James moves this Court for appointment of counsel in his recently filed appeal. He provides a copy of the judgment. James is currently incarcerated in the Saguaro Correctional Center in Eloy, Arizona.

On December 31, 2024, the Twentieth Judicial District Court, Lake County, issued its Order Denying Petition for Postconviction Relief.

James is not entitled to court-appointed counsel. James represented himself in the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that James's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Vaughn D. James along with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 5 day of February, 2025.

For the Court,

By _____
　　　　Chief Justice

_____

[1] In its Order Denying Petition for Postconviction Relief, the District Court captioned Appellant's name as James D. Vaughn, which is one of his aliases. Vaughn has had three prior appeals with this Court as well as filed his Notice of Appeal and Motions under Vaughn James.